1  Scott E. Davis
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 North Cave Creek Road, Suite 101
3  Phoenix, AZ  85032

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Mary C. Farnham*

7

8                **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF ARIZONA**

10 | Mary C. Farnham, | Case No.  2:11-cv-02316-DGC |
11 |         Plaintiff, | |
   | | **NOTICE OF SETTLEMENT** |
12 |         v. | |
13 | Life Insurance Company of North America, | |
14 |         Defendants. | |

15

16         Plaintiff hereby gives notice that this case has settled.  The parties are working on

17  finalizing the settlement documentation at this time.  The parties will, as soon as possible,

18  file with the Court a Stipulation and Order to dismiss this case with prejudice.

19             RESPECTFULLY SUBMITTED this 25th day of September, 2012.

20
                                By:   */s/ Scott E. Davis*
21                                     Scott E. Davis
                                       Attorney for Plaintiff
22

23

24

25

26

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean P. Nalty, Esq.
Michael C. Douglass, Esq.
525 Market Street - 17th Floor
San Francisco, CA 95104

By:   /s/ Lisa L. Martinez
An employee of Scott E. Davis, P.C.